USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Kerry G. Caldwell,

                          Petitioner,

              -against-

Federal Bureau of Prisons et al.,
                         Respondents.
----------------------------------------------------------------X

25-cv-07261-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

In October 2025, Judge Román issued an order construing Plaintiff's pleading to be alleging claims for monetary damages under 28 U.S.C. § 2253 and a claim for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 10). Plaintiff was directed to notify the Court if he wished to withdraw the habeas corpus claim. (*Id.* at 4).

Shortly thereafter, Plaintiff responded and sought to withdraw his claims for monetary damages, leaving his habeas corpus claim as the only remaining operative claim. (ECF No. 11). Judge Román granted the request and deemed the claims under 28 U.S.C. § 2253 withdrawn without prejudice. (ECF No. 12). In granting the request, Judge Román also directed the Clerk of Court to "change the 'cause of action' in this matter to 28:2241 Habeas." (*Id.*). He then referred the matter to the undersigned for habeas corpus purposes. (ECF No. 13).

Although an order to answer was entered in November 2025 directing the Clerk of Court to electronically notify the U.S. Attorney's Office for the

Southern District of New York that it was required to join issue (ECF No. 14), the undersigned was recently made aware that the U.S Attorney's Office was never notified due to an issue with the "nature of suit" designation listed for this matter in ECF. Thus, the Clerk of Court is kindly directed to change the "nature of suit" in this matter to 530 Habeas Corpus (General).

     **SO ORDERED.**

DATED:    White Plains, New York
           1/28/2026

                                   VICTORIA REZNIK
                                   United States Magistrate Judge