**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Kerry G. Caldwell,

                                      Petitioner,

                    -against-

Federal Bureau of Prisons et al.,

                                      Respondents.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/28/2026

25-cv-07261-NSR-VR

**ORDER TO ANSWER,**
**28 U.S.C. § 2241**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241,[1] hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

---

[1] Petitioner originally brought this action as a civil action for damages and injunctive relief. By order dated October 22, 2025, Judge Nelson S. Román construed the submission as including a request for *habeas corpus* relief under 28 U.S.C. § 2241, and directed Petitioner, should he not wish to pursue Section 2241 relief, to object in writing to the recharacterization within 30 days. (ECF No. 10.) On November 12, 2025, Petitioner submitted a letter in which he stated that he wished to proceed with his claims under Section 2241. (ECF No. 11.) By memo endorsement dated November 19, 2025, Judge Román granted Petitioner's request to withdraw his claims for money damages without prejudice and to proceed with this action as a petition for *habeas corpus* under Section 2241. (ECF No. 12.) By order dated November 20, 2025, Judge Román referred the action to the undersigned. (ECF No. 13.)

1

**SO ORDERED.**

DATED:    White Plains, New York
              1/29/2026

VICTORIA REZNIK
United States Magistrate Judge